# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-22-00677-CV

---

**Mark Sayers; Jennifer Sayers; Canyon Power Solutions, LLC;
Power Solutions Group, LLC f/k/a Union Critical Power Solutions, LLC;
Sayers Real Estate and Development, LLC; and Sayers Construction, LLC, Appellants**

**v.**

**The City of Bryan, Texas and Bryan Texas Utilities, Appellees**

---

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 19-2860, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

This case was abated on January 13, 2023, after appellant Sayers Construction LLC filed a suggestion of bankruptcy. *See Sayers v. City of Bryan*, No. 03-22-00677-CV, 2023 WL 174865, at \*1 (Tex. App.—Austin Jan. 13, 2023, no pet.) (mem. op.). On January 29, 2025, appellants notified the Court that the bankruptcy trustee had disbursed all estate funds and anticipated that the bankruptcy case would be closed "around April 15, 2025." On April 15, 2025, the Clerk of this Court requested that the parties inform the Court of the status of the bankruptcy and of this appeal, cautioning that the failure to respond would result in the appeal being dismissed for want of prosecution. To date, neither party has responded. Therefore, we reinstate the appeal and dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____
Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Prosecution

Filed:   June 11, 2025